# UNITED STATES DISTRICT COURT

## for the

### Brunswick Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Cleveland J. Enmon, M.D. | ) Case No: 2:13CR00004-1 |
| | ) USM No: 17627-021 |

Date of Original Judgment:  July 17, 2014          ) Steven Beauvais

Date of Previous Amended Judgment: Not Applicable       ) Defendant's Attorney

*(Use Date of Last Amended Judgment, if any)*

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided above, all provisions of the judgment dated   July 17, 2014   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   May 13, 2015

_____
*Judge's signature*

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Effective Date: November 1, 2015
*(if different from order date)*                               *Printed name and title*